IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                  CR. NO. 4:04CR40017-002

RENE MARTINEZ SILVA,
Defendant,

## ORDER FOR REMISSION OF FINE

Now on this 30th day of September, 2014, comes on to be considered the United States' Petition for Remission of Fine. (ECF No. 44). The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On December 15, 2004, the defendant was sentenced to seventy months incarceration, with four years supervised release, and he was ordered to pay a $100.00 special assessment and a $2,500.00 fine. The defendant has paid a total of $475.00 through September 25, 2014, leaving a balance due in the amount of $2,125.00.

    2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...are not likely to be effective, the court may, in the interest of justice - -
>
> 1) Remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

    3. The United States has been unable to locate the defendant and has been unable to collect any funds since December 15, 2008 and believes there is no reasonable likelihood the balance can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby **GRANTED** and Defendant's fine is remitted.

**IT IS SO ORDERED**, this 30th day of September, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge
